AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Larry P.Rayfield , | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 4:09-0061-DCN |
| | ) | |
| v. | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that: (check one):

☐ the plaintiff (name)_____recover from the defendant (name)_____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of ___%, plus postjudgment interest at the rate of _____%, along with costs.
☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (name) _____recover costs from the plaintiff (name)_____
■ other: The court ADOPTS the magistrate judge's report and recommendation and AFFIRMS the Commissioner's decision denying benefits.

This action was (check one):

☐ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

☐ tried by Judge_____without a jury an the above decision was reached.

■ decided by: The Honorable David C. Norton, United States District Judge.

Date: March 19, 2010

CLERK OF COURT, LARRY W. PROPES

S/ Glenda J Nance
Signature of Clerk or Deputy Clerk